EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Hon. Manuel Díaz Saldaña, En su capacidad como Contralor Del Estado Libre Asociado de Puerto Rico<br><br>        Peticionario<br><br>          vs.<br><br> Hon. Aníbal Acevedo Vilá, en Su capacidad como Gobernador del Estado Libre Asociado de Puerto Rico; y Hon. Juan Carlos Méndez, en su Capacidad como Secretario de Hacienda<br><br>        Recurridos | Mandamus<br><br>2006 TSPR 123<br><br>168 DPR ____ |

Número del Caso: MD-2006-2


Fecha: 6 de julio de 2006


Oficina del Procurador General:

        Lcdo. Salvador J. Antonetti Sttutts
        Procurador General


Abogado de la Parte Peticionaria:

        Lcdo. José Julián Álvarez González
        Lcda. Nilsa Añeses Loperana
        Lcdo. Ruperto J. Robles


Materia: Mandamus



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Hon. Manuel Díaz Saldaña, en su capacidad como Contralor del Estado Libre Asociado de Puerto Rico
          Peticionario

                    v.                                    MD-06-02

Hon. Aníbal Acevedo Vilá, en su capacidad como Gobernador del Estado Libre Asociado de Puerto Rico; y Hon. Juan Carlos Méndez en su capacidad como Secretario de Hacienda
          Demandados

RESOLUCION
(Nunc Pro Tunc)


San Juan, Puerto Rico, a 6 de julio de 2006.

Se enmienda *nunc pro tunc* nuestra Opinión Disidente del 30 de junio de 2006, en la página 54 que lee de la forma siguiente:

El Gobernador y su Secretario de Hacienda están obligados por virtud del principio de separación de poderes de la Constitución de Puerto Rico y de los estatutos ya mencionados, a ordenar y a verificar los desembolsos autorizados por disposición legislativa para la Rama Legislativa y Judicial, y ~~por~~ las entidades autónomas, para sufragar sus gastos.

Para que lea como sigue:

El Gobernador y su Secretario de Hacienda están obligados por virtud del principio de separación de poderes de la Constitución de Puerto Rico y de los estatutos ya mencionados, a ordenar y a verificar los desembolsos autorizados por disposición legislativa para la Rama Legislativa y Judicial, y las entidades autónomas, para sufragar sus gastos.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo